IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

THOMAS M. BELL,                                       3:13-cv-01951-ST

        Plaintiff,                                   ORDER

  v.

LAVOR BURTON and LABOR BUREAU
of PARAMOUNT PICTURE STUDIO,

        Defendants.

MARSH, Judge

    Magistrate Judge Janice Stewart issued her Findings and Recommendation on November 5, 2013. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b). No objections have been timely filed.

    When neither party objects to a Magistrate Judge's Findings and Recommendation, this court is relieved of its obligation to review the record *de novo*. 28 U.S.C. § 636(b)(1)(C); United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*). Having reviewed the legal principles *de novo*, I find no error.

    Accordingly, I ADOPT Judge Stewart's Finding and Recommendation (#6) that plaintiff's complaint (#1) be dismissed,

1 - ORDER

without prejudice, on the basis that plaintiff has failed to adequately identify the subject matter jurisdiction of the court, has failed to comply with Fed. R. Civ. P. 8(a), and has failed to state a claim. Additionally, plaintiff has alleged no facts to support a reasonable inference that defendants have had minimum contacts with the State of Oregon to support the exercise of personal jurisdiction over them.

Plaintiff may file an amended complaint, within 30 days of the date of this order, curing the deficiencies set forth above. Plaintiff is advised that his amended complaint must bear the case number 3:13-cv-01951-ST, and be legibly written using the court's form civil complaint. Plaintiff must identify the conduct of each named defendant, what statute or constitutional provision the defendants violated, and the date of the alleged violation(s). The amended complaint shall operate as a complete substitute for the original complaint. Plaintiff is advised that failure to file an amended complaint shall result in the dismissal of this proceeding.

IT IS SO ORDERED.

DATED this __3__ day of December, 2013.

_Malcolm F. Marsh_
Malcolm F. Marsh
United States District Judge